IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WALTER WILLIAMS                                                                               PLAINTIFF

v.                                    Case No. 3:09CV00201JLH/HLJ

MS. MOBLEY, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of December, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE